ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| J. Star Enterprises, Inc. | ) ASBCA No. 63603 |
| | ) |
| Under Contract No. W91151-18-D-0006 | ) |

APPEARANCE FOR THE APPELLANT:    Jason R. Anders, Esq.
    Anders Law Firm
    New Orleans, LA

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
    Army Chief Trial Attorney
    MAJ Joseph C. Van Dusen, JA
    LTC Bruce A. Nessler, JA
    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 9, 2026

MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63603, Appeal of J. Star Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated: June 9, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals